IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:12CR309 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| BENJAMIN DESILVA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Motion of the United States (Filing No. 22), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Benjamin DeSilva.

IT IS ORDERED that the Motion to Dismiss the Indictment without prejudice (Filing No. 22) is granted.

Dated this 4th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge